JS-6

1 Vern Schooley (State Bar No. 40301)
I. Morley Drucker (State Bar No. 29505)
2 Michael J. Moffatt (State Bar No. 180343)
FULWIDER PATTON LLP
3 200 Oceangate, Suite 1550
Long Beach, California 90802
4 Telephone: (562) 432-0453
Facsimile: (562) 435-6014
5 docketlb@fulpat.com

6 Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Southern Division

| MOBILE HI-TECH WHEELS, | CASE NO. SACV07-357 CJC (MLGx) |
|---|---|
| Plaintiff, | |
| v. | [■■■■■■] ORDER FOR DISMISSAL WITH PREJUDICE |
| PRESTIGE AUTOTECH CORPORATION, | Assigned to The Hon. Cormac J. Carney Dept. 9B |
| Defendant. | Complaint Filed: March 27, 2007 |
| PRESTIGE AUTOTECH CORPORATION, | |
| Counterclaimant, | |
| v. | |
| MOBILE HI-TECH WHEELS, | |
| Counterdefendant | |

24 ///
25 ///
26 ///
27 ///
28 ///

1 **ORDERED.**

2 Based upon the Stipulation of the parties and good cause appearing therefore,
3 the Court ORDERS AS FOLLOWS:

4 The above-captioned action is hereby dismissed with prejudice, and each of
5 the parties shall bear its own attorneys' fees and costs.

7 DATED: March 4, 2008

Honorable Cormac J. Carney
United States District Court Judge